# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-2321

_____

Daniel A.D. Gossai,                          *
                                             *
        Appellant,                   *
                                             *
    v.                                       *
                                             *
Jon Bruning, Attorney General for the        *   Appeal from the United States
State of Nebraska, in his official and       *   District Court for the
individual capacity; Lynn Fritz, in his      *   District of Nebraska.
official and individual capacity;            *
Department of Education, State of            *   [UNPUBLISHED]
Nebraska; Doug Christiansen,                  *
Commissioner of Education, State of          *
Nebraska, in his official and individual     *
capacity; Leslie Levy, in his official       *
and individual capacity; Does 1 through      *
20, Inclusive, in their official and         *
individual capacities,                       *
                                             *
        Appellees.                   *

_____

Submitted: June 7, 2007
Filed: June 13, 2007

_____

Before SMITH, GRUENDER, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Daniel Gossai appeals the district court's[1] adverse grant of summary judgment dismissing his 42 U.S.C. § 1983 action against the Nebraska Attorney General and other Nebraska officials. Upon careful de novo review, see Robinette v. Jones, 476 F.3d 585, 588-90 (8th Cir. 2007), and for reasons stated by the district court, we affirm the dismissal with prejudice of Gossai's first through fifth claims, and the dismissal without prejudice of his sixth claim. We further hold that the district court did not abuse its discretion in partially denying Gossai's motion to amend the complaint. See United States ex rel. Joshi v. St. Luke's Hosp., Inc., 441 F.3d 552, 555, 557-59 (8th Cir.) (denial of motion to amend complaint reviewed for abuse of discretion; affirming denial of motion to amend on basis of futility where proposed amendments would not have eliminated complaint's deficiencies), cert. denied, 127 S. Ct. 189 (2006).

Accordingly, the judgment is affirmed. See 8th Cir. R. 47B.

_____

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.